UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>v.                                                        )<br>)<br>FREDERICK GATES,                       )<br>)<br>           DEFENDANT         ) | CRIMINAL NO. 2:08-CR-42-DBH-01 |

ORDER ON MOTION FOR COMPASSIONATE RELEASE

The defendant Frederick Gates has moved for compassionate release due to COVID-19 risks (ECF No. 418). The relevant part of the statute provides that a defendant can seek compassionate release from the court "after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf *or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility*, whichever is earlier . . . ." 18 U.S.C. § 3582(c)(1)(A) (emphasis added). Gates attaches a letter he wrote to the Warden dated July 1, 2020, seeking compassionate release (ECF No. 418-1). Since the statutory 30 days has not run, his motion is **DENIED WITHOUT PREJUDICE**.

SO ORDERED.

DATED THIS 14TH DAY OF JULY, 2020

/S/ D. BROCK HORNBY
D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE