UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| ) | |
| v.                                              ) | CRIMINAL NO. 2:08-CR-42-DBH-01 |
| ) | |
| FREDERICK GATES,                    ) | |
| ) | |
| DEFENDANT        ) | |

**DECISION AND ORDER ON MOTION FOR COMPASSIONATE RELEASE**

The defendant Frederick Gates has moved for compassionate release from FCI Fort Dix. Def.'s Mot. (ECF No. 420).[1]

In 2010, I sentenced Gates to 20 years in prison for a crack cocaine trafficking conspiracy (ECF No. 321). That sentence was affirmed on appeal (ECF No. 358). In 2015, I reduced the sentence to 235 months on account of retroactive Guideline changes (ECF No. 381). In 2019, I reduced the sentence to 193 months on account of the First Step Act (ECF No. 414). According to the Bureau of Prisons website, Gates is due to be released August 2021. See Find an Inmate, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (search for BOP register number "05035-036") (last visited Sept. 23, 2020).

Gates says he is now 47 years old, has served 12-1/2 years of his sentence, is currently in the RDAP program, and has hypertension. Def.'s Reply at 1 (ECF

---

[1] In July 2020, Gates requested relief from the Warden and was denied (ECF Nos. 420-1, -2), so his request was made more than 30 days before this motion, as the statute requires. See 18 U.S.C. § 3582(c)(1)(A).

No. 422). The CDC says that people with hypertension (high blood pressure) "*might* be at an increased risk of severe illness from COVID-19" (emphasis added).[2] When they filed their written papers, the Government and Gates agreed that FCI Fort Dix had no inmates or staff who were positive for COVID-19. See Gov't's Resp. at 4 (ECF No. 421); Def.'s Reply at 1 (ECF No. 422). According to the most recent BOP information, COVID-19 Cases, Federal Bureau of Prisons (last updated Sept. 22, 2020), https://www.bop.gov/coronavirus/, FCI Fort Dix now has one inmate and no staff who are positive.

Judge Woodcock of this District has laid out in detail the criteria for judicial compassionate release under the First Step Act, 18 U.S.C. § 3582(c)(1)(A). See, e.g., Order on Mot. for Compassionate Release, United States v. Nygren, No. 1:16-cr-00106-JAW, 2020 WL 4208926, at *4-5 (D. Me. July 22, 2020) (ECF No. 111). I will not repeat them all, but focus on the one that is relevant to Gates: Do "extraordinary and compelling reasons warrant" the reduction Gates seeks? 18 U.S.C. § 3582(c)(1)(A)(i).

Gates is justifiably afraid of COVID-19. That is a given.

But as multiple circuits have explained, the "generalized fear of contracting COVID-19" does not on its own "demonstrate an extraordinary and compelling reason for granting compassionate release." United States v. Urrabazo-Maldonado, No. 20-3727, 2020 U.S. App. LEXIS 29873, at *4-5 (6th Cir. Sept. 17, 2020) (citing United States v. Raia, 954 F.3d 594, 597 (3rd Cir. 2020), which observed that "the mere existence of COVID-19 in society and the

---

[2] CDC, People with Certain Medical Conditions, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html (last visited Sept. 22, 2020).

2

possibility that it may spread to a particular prison alone cannot independently justify compassionate release"). The facts that FCI Fort Dix now has one inmate who is positive for the virus and that Gates's hypertension "might" place him at increased risk do not alter that conclusion.

Gates's condition and situation at FCI Fort Dix do not meet the standard of "extraordinary and compelling reasons."

I therefore **DENY** Gates's motion for compassionate release.

**SO ORDERED.**

**DATED THIS 23ᴿᴰ DAY OF SEPTEMBER, 2020**

/s/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**